# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                vs.

KHAKI et al

PARVIZ KHAKI (1)

ZONGCHENG YI (2)

Criminal No.   12-061

Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on Jul 25, 2012 from Judge Richard W. Roberts to Calendar Committee by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:
Judge Richard W. Roberts   & Courtroom Deputy
Calendar Committee
U.S. Attorney's Office-Judiciary Square Building, Room 5133
Statistical Clerk